532 A.2d 821

**Mary PISTORIUS, individually and as Administratrix of the Estate of John J. Pistorius, Deceased,**

v.

**The TRAVELERS INSURANCE COMPANY, Appellant,**

v.

**Raymond K. CRAWFORD.**

Supreme Court of Pennsylvania.

Argued Sept. 21, 1987.

Decided Nov. 2, 1987.

Reargument Denied Jan. 7, 1988.

William J. Begley, Cauley, Conflenti & Latella, Pittsburgh, for appellant.

B. Albert Bertocchi, McCue, Bertocchi & Heim, Kittanning, for M. Pistorius.

George B. Kepple, Kittanning, for Raymond Crawford.

## ORDER

Prior report: 348 Pa.Super. 527, 502 A.2d 670.

PER CURIAM:

The Court being evenly divided as to whether to render a decision on the merits, the appeal is hereby dismissed.

HUTCHINSON, J., did not participate in the consideration or decision of this case.

NIX, C.J., and FLAHERTY and McDERMOTT, JJ., would reach the merits of the appeal.

LARSEN, ZAPPALA and PAPADAKOS, JJ., would dismiss the appeal as having been improvidently granted.